IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAMELA LADD, o/b/o J.J.L.G., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. 13-00088-B |
| | * | |
| CAROLYN W. COLVIN, | * | |
| Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for child supplemental security income, be **REVERSED** and **REMANDED**.

**DONE** this **25th** day of **March, 2014**.

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**